**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Timothy Lee CALVIN, a.k.a. Slim**
**Thug, Defendant–Appellant.**

**No. 11–11083**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 17, 2011.

Ramona C. Albin, Patrick Carney, Joyce White Vance, Leonard James Weil, Jr., U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

J. Tim Coyle, Attorney at Law, Birmingham, AL, for Defendant–Appellant.

Before DUBINA, Chief Judge, HULL and BLACK, Circuit Judges.

PER CURIAM:

Tim Coyle, appointed counsel for Timothy Lee Calvin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Calvin's conviction and sentence are **AFFIRMED.**